IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VINCENT GILBERT, and<br>CLARA GILBERT,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANIES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No 2:08-cv-2681 STA/cgc<br>)<br>)<br>)<br>) |

## STIPULATION OF SETTLEMENT

The parties, jointly, stipulate and notify the Court that this case has been fully settled and should be dismissed with prejudice, with each party to bear their own discretionary costs in this matter. A proposed Order of Dismissal approved by the parties has been sent separately via email to Magistrate Judge Charmiane G. Claxton for consideration by the Court.

    Respectfully submitted,

    *s/John Keith Perry*
    **JOHN KEITH PERRY, JR.**
    Registration No. 024283
    Attorney for Plaintiff

    7215 Getwell Road, Suite 201
    Southaven, MS  38671
    (662) 349-6900
    keith@sparkman-zummach.com

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
Attorney for Defendant

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2010, a copy of the foregoing Stipulation of Settlement was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

John Keith Perry, Jr., Esquire
7215 Getwell Road, Suite 201
Southaven, MS   38671
keith@sparkman-zummach.com

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 4678
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com

GAB:car