*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **VINCENT GILBERT and**<br>**CLARA GILBERT** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **NATIONWIDE INSURANCE COMPANIES** | **CASE NO: 08-2681-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on April 5, 2010, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 4/5/2010

                                          THOMAS M. GOULD
                                          **Clerk of Court**

                                          s/Terry L. Haley
                                        **(By)   Deputy Clerk**